No. 01–6753. SMITH *v.* JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–6780. LAMBERT *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 01–6939. HALL *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 01–7009. ANDERSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–7076. HAGAN *v.* COGGINS ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–7077. TAITT *v.* WHITECO INDUSTRIES. Sup. Ct. Fla. Certiorari denied.

No. 01–7085. ADU-BENIAKO *v.* MAIMONIDES MEDICAL CENTER. C. A. 2d Cir. Certiorari denied.

No. 01–7090. DAILY *v.* FLORIDA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7093. HUBBARD *v.* HOPPER, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7094. ISREAL *v.* AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–7097. COLLINS *v.* WORKERS' COMPENSATION APPEAL BOARD OF PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied.

No. 01–7098. GIBBS *v.* GRIMMETTE ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–7099. MURPHY *v.* THOMPSON, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 01–7101. BROWN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.